**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**June 14, 2007**

**CASE NUMBER: CV 07-02921 MMC**
**CASE TITLE: LA MERLE RONNIE JOHNSON-v-ROSANNE CAMPBELL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/14/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                         Entered in Computer 06/14/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                 Transferor CSA