# EXHIBIT A

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

- [x] SUPERIOR
- [ ] MUNICIPAL
- [ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF **San Mateo**

BRANCH OR JUDICIAL DISTRICT: _____

COURT (I.D.): 4

(ENDORSED)
**FILED**
SAN MATEO COUNTY
JAN 1 9 1996
Clerk of the Superior Court
By VIRGILIO S. CASTRO
DEPUTY CLERK

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **Lamerle Ronnie Johnson**
AKA: **1018184**

- [x] PRESENT
- [ ] NOT PRESENT

COMMITMENT TO STATE PRISON / ABSTRACT OF JUDGMENT
- [ ] AMENDED ABSTRACT

Case numbers: SC31800-B-A, -B, -C, -D, -E

DATE OF HEARING: 1-18-96  DEPT. NO.: 9  JUDGE: Thomas McGinn Smith  CLERK: M. Jacquet
REPORTER: Jeanne Bishop  COUNSEL FOR PEOPLE: Steve Hall  COUNSEL FOR DEFENDANT: Ed Pomeroy  PROBATION NO. OR PROBATION OFFICER: ___

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
- [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 212.5(B) | Robbery, 2nd degree | 93 | 11 | 14 | 95 | X | | | | | X |
| 3 | PC | 245(A)(2) | Assault w/deadly wpn | 93 | 11 | 14 | 95 | X | | | | 3 years consec | |
| 1 | PC | 209(A) | Kidnapping | 93 | 11 | 14 | 95 | X | | | | see below | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS...

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5(A) | 5 | | | | | | | | | 5 0 |
| 3 | 12022.5 | 3 | | | | | | | | | 3 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS... (blank)

4. Defendant was sentenced to State Prison for an indeterminate term:
   - A. [ ] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ___
   - B. [x] For LIFE WITH POSSIBILITY OF PAROLE on counts **1**
   - C. [ ] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts ___
   - D. [ ] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts ___
   - E. [ ] For other term prescribed by law on counts ___
   PLUS enhancement time shown above.

5. [ ] Indeterminate sentence shown on this abstract to be served [ ] consecutive to [ ] concurrent with any prior incompleted sentence(s).

6. Other Orders: Ct 1 is the principal count. Ct 2 is stayed on the condition Defendant actually serve his time on cts 1 + 3. Time on Ct 3 is to be served separately + consecutively. [Def. sentenced to life plus 11 years (5 yrs. on 12022.5(A), 3 years on Ct. 3 + 3 years on 12022.5)].

7. [x] The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   - A. [x] AT INITIAL SENTENCING HEARING
   - B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   - C. [ ] AFTER REVOCATION OF PROBATION
   - D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   - E. [ ] OTHER ___

9. DATE OF SENTENCE PRONOUNCED: 1-18-96  
   CREDIT FOR TIME SPENT IN CUSTODY – TOTAL DAYS: 1386 INCLUDING: ACTUAL LOCAL TIME: 924  LOCAL CONDUCT CREDITS: 462  STATE INSTITUTIONS: [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    - [x] FORTHWITH
    - [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    - [ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    - [ ] CALIF. INSTITUTION FOR WOMEN—FRONTERA
    - [ ] WASCO
    - [ ] OTHER (SPECIFY)
    - [ ] CCWF—CHOWCHILLA
    - [x] SAN QUENTIN
    - [ ] CALIF. INSTITUTIONS FOR MEN—CHINO
    - [ ] R.J. DONAVAN
    - [ ] DEUEL VOC. INST.

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: Michelle Jacquet  DATE: 1-18-96

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292

Pen. C. § 1213

DISTRIBUTION   PINK COPY—COURT FILE   YELLOW COPY—DEPARTMENT OF CORRECTIONS   WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURT