Case 3:07-cv-02921-JSW     Document 5-3     Filed 12/13/2007     Page 1 of 16

# EXHIBIT B

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Court data last updated: 11/29/2007 04:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

## Case Summary    << search results

| | |
|---|---|
| Supreme Court Case: | S141511 |
| Court of Appeal Case(s): | no data found |
| Case Caption: | JOHNSON (LA MERLE R.) ON H.C. |
| Case Category: | Original Proceeding - Habeas |
| Start Date: | 03/02/2006 |
| Case Status: | closed |
| Issues: | none |
| Disposition Date: | 11/01/2006 |
| Case Citation: | none |

### Cross Referenced Cases

S147523 JOHNSON (LA MERLE R.) ON H.C.
S148483 JOHNSON (LA MERLE R.) ON H.C.

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

Sidebar: Supreme Court | Welcome | Search | E-mail | Calendar | Help | Opinions | C|C home

# CALIFORNIA APPELLATE COURTS
### Case Information



| | |
|---|---|
| Supreme Court | **Supreme Court** |
| Welcome | Court data last updated: 11/29/2007 04:53 PM |
| Search | |
| E-mail | Case Summary   Docket   Briefs |
| Calendar | Disposition   Parties and Attorneys   Lower Court |
| Help | |
| Opinions | **Lower Court** |

Change court

**Lower Court**

JOHNSON (LA MERLE R.) ON H.C.
Case Number S141511

**No information found.**

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

C|C
home

# CALIFORNIA APPELLATE COURTS
## Case Information



**Supreme Court**

Change court

Supreme Court
Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

Court data last updated: 11/29/2007 04:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

### Case Summary       << search results

| | |
|---|---|
| **Supreme Court Case:** | S106663 |
| **Court of Appeal Case(s):** | no data found |
| **Case Caption:** | JOHNSON (LAMERLE) ON H.C. |
| **Case Category:** | Original Proceeding - Habeas |
| **Start Date:** | 05/13/2002 |
| **Case Status:** | closed |
| **Issues:** | none |
| **Disposition Date:** | 08/28/2002 |
| **Case Citation:** | none |

### Cross Referenced Cases
No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



**Supreme Court**

- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

Change court

Court data last updated: 11/29/2007 04:53 PM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

**Lower Court**

JOHNSON (LAMERLE) ON H.C.
Case Number S106663

**No information found.**

Click here to request automatic e-mail notifications about this case.

C|C home

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

### 1st Appellate District

Change court

Court data last updated: 11/29/2007 05:05 PM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Case Summary    << search results

| | |
|---|---|
| Trial Court Case: | SC31800B |
| Court of Appeal Case: | A084625 |
| Division: | 3 |
| Case Caption: | Johnson v. Superior Court San Mateo et al. |
| Case Type: | |
| Filing Date: | 10/27/1998 |
| Oral Argument Date/Time: | |

## Cross Referenced Cases

A073308 The People v. Johnson

A096048 In re Johnson on Habeas Corpus.

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
Case Information



**1st Appellate District**  Change court

Court data last updated: 11/29/2007 05:05 PM

Case Summary  Docket  Scheduled Actions  Briefs
Disposition  Parties and Attorneys  Trial Court

## Case Summary  << search results

| | |
|---|---|
| Trial Court Case: | C31800 |
| Court of Appeal Case: | A096048 |
| Division: | 3 |
| Case Caption: | In re Johnson on Habeas Corpus. |
| Case Type: | |
| Filing Date: | 08/30/2001 |
| Oral Argument Date/Time: | |

## Cross Referenced Cases

A084625 Johnson v. Superior Court San Mateo et al.

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



**1st Appellate District**  Change court

Court data last updated: 11/29/2007 05:05 PM

Case Summary  Docket  Scheduled Actions  Briefs
Disposition  Parties and Attorneys  Trial Court

## Case Summary    << search results

| | |
|---|---|
| Trial Court Case: | SC31800 |
| Court of Appeal Case: | A073308    Supreme CourtCase: S064391 |
| Division: | 3 |
| Case Caption: | The People v. Johnson |
| Case Type: | |
| Filing Date: | 02/06/1996 |
| Oral Argument Date/Time: | 07/08/1997  09:00 AM |

## Cross Referenced Cases

A084625 Johnson v. Superior Court San Mateo et al.
A088798 In re Johnson on Habeas Corpus.
A111887 Johnson v. Superior Court San Mateo et al.

Click here to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



Welcome

Search

E-mail

Calendar

Help

Opinions



home

### Search Results - 2nd Appellate District

Change court

### Case Not Found

There are no cases matching the search criteria supplied.

This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search.

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

C|C
home

**Search Results - 3rd Appellate District**    Change court

**Case Not Found**

There are no cases matching the search criteria supplied.

This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search.

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California

California Courts - Appellate Court Case Information    Page 1 of 1

# CALIFORNIA APPELLATE COURTS
## Case Information



- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions


home

**Search Results - 4th Appellate District Division 1** (Cases begin at D035601)

Change court

**Case Not Found**

There are no cases matching the search criteria supplied.

This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search.

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
Case Information



| | |
|---|---|
| Welcome | **Search Results - 4th Appellate District Division 2**     Change court |
| Search | |
| E-mail | **Case Not Found** |
| Calendar | There are no cases matching the search criteria supplied. |
| Help | This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search. |
| Opinions | |



home

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
### Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions


home

**Search Results - 4th Appellate District Division 3**    Change court

**Case Not Found**

There are no cases matching the search criteria supplied.

This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search.

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



| | |
|---|---|
| Welcome | **Search Results - 4th Appellate District Division 3**  Change court |
| Search | |
| E-mail | **Case Not Found** |
| Calendar | There are no cases matching the search criteria supplied. |
| Help | This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search. |
| Opinions | |


home

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California



# CALIFORNIA APPELLATE COURTS
Case Information



Welcome
Search
E-mail
Calendar
Help
Opinions

c|c
home

**Search Results - 5th Appellate District**     Change court

### Case Not Found

There are no cases matching the search criteria supplied.

This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search.

If you received this message after clicking on a bookmark or link in an email notification you saved for a particular case, it is possible that you are referencing an old link that has been changed due to system upgrades. Please search for the case number to obtain the current link.

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions

C|C
home

### Search Results - 6th Appellate District

Change court

### Case Not Found

There are no cases matching the search criteria supplied.

This may be due to misspellings or errors in the case number input. The Search Tips section has some useful suggestions for refining your search.

If you received this message after clicking on a bookmark or link in an email notification you saved for a particular case, it is possible that you are referencing an old link that has been changed due to system upgrades. Please search for the case number to obtain the current link.

**IMPORTANT NOTE:** The information available at this web site excludes all Court of Appeal juvenile and paternity cases and all confidential cases. Searches for such cases will result in a "Case Not Found" message.

© 2007 Judicial Council of California