1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MERLE RONNIE JOHNSON<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>　　　　　　　　　　Respondent. | C 07-2921 JSW<br><br>**[PROPOSED] ORDER** |

This Court considered Respondent's Request for an Extension of Time to Reply to Opposition to Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall reply to Petitioner's opposition by **February 21, 2008**.

Dated: _____          _____
                                          The Honorable Jeffrey S. White