1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5741
     Fax: (415) 703-5843
8    Email: Amanda.Murray@doj.ca.gov

9  Attorneys for Respondent

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  LA MERLE RONNIE JOHNSON,            C 07-2921 JSW

15                      Petitioner,     RESPONDENT'S WITHDRAWAL OF
                                        MOTION TO DISMISS AND
16       v.                             REQUEST FOR EXTENSION OF
                                        TIME TO FILE ANSWER
17  ROSANNE CAMPBELL, Warden,
                                        Judge:  The Honorable Jeffrey S. White
18                      Respondent.

19

20        Respondent moved to dismiss this habeas petition brought by pro per inmate LeMerle

21  Johnson on the ground that it appeared Johnson had not exhausted his federal claims challenging

22  the Board's 2006 decision denying him parole by presenting them to the California Supreme

23  Court before seeking federal habeas relief. Respondent's counsel had been unable to find and

24  obtain copies of the relevant state court petitions and orders because Johnson had not provided

25  any evidence of exhaustion in his Petition. However, after receiving Johnson's reply to

26  Respondent's Motion to Dismiss and based on the information therein, Respondent's counsel

27  was able to obtain a copy of Johnson's California Supreme Court Petition, reflecting that

28  Johnson had raised his federal claims in that petition and thus, indicating that he had exhausted

1  his state court remedies. Accordingly, Respondent withdraws its motion to dismiss filed
2  December 14, 2007.

3      Based on this withdrawal, Respondent requests that the Court grant an extension of time to,
4  and including, April 4, 2008, to file an answer. To adequately respond to Johnson's Petition,
5  Respondent's counsel has twice requested — but not received — Johnson's San Mateo County
6  Superior Court and First Appellate District Court petitions, and the court's orders denying them.
7  Both the petitions and orders are necessary for Respondent to determine the validity of Johnson's
8  claims.

9      In summary, Respondent withdraws its motion to dismiss filed December 14, 2007, and
10 requests an extension of time to and including April 4, 2008 to file an Answer.

11 Dated: February 11, 2008

12     Respectfully submitted,

13     EDMUND G. BROWN JR.
    Attorney General of the State of California

14     DANE R. GILLETTE
    Chief Assistant Attorney General

15

16     JULIE L. GARLAND
    Senior Assistant Attorney General

17     ANYA M. BINSACCA
    Supervising Deputy Attorney General

18

19

20     AMANDA J. MURRAY
21     Deputy Attorney General
    Attorneys for Respondent

22

23 40216619.wpd
24 SF2007200874

25
26
27
28

Resp't's Withdrawal of Mot. to Dismiss & Req. for EOT to File Answer      *Johnson v. Campbell*
    C 07-2921 JSW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Johnson v. Campbell**

No.:   **C 07-2921 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 11, 2008**, I served the attached

### RESPONDENT'S WITHDRAWAL OF MOTION TO DISMISS AND REQUEST FOR EXTENSION OF TIME TO FILE ANSWER

### [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**La Merle R. Johnson, J-92682**
**Mule Creek State Prison**
**P.O. Box 409060**
**Ione, CA 95640-9060**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 11, 2008**, at San Francisco, California.

|                           |              |
|---------------------------|--------------|
| M.M. Argarin              | *[signature]* |
| Declarant                 | Signature    |

40217029.wpd