IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MERLE RONNIE JOHNSON,<br><br>                               Petitioner,<br>v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>                               Respondent. | No. C 07-2921 JSW<br><br>**[PROPOSED] ORDER** |

This Court considered Respondent's Request to Withdraw Motion to Dismiss and Request Extension of Time to File Answer, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent shall reply to Petitioner's opposition by **April 4, 2008**.

Dated: _____

                                                                              _____<br>
                                                                              JEFFREY S. WHITE<br>
                                                                              United States District Judge