# EXHIBIT A

# ABSTRACT OF JUDGMENT — PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

- ☒ SUPERIOR
- ☐ MUNICIPAL
- ☐ JUSTICE

COURT OF CALIFORNIA, COUNTY OF **San Mateo**

BRANCH OR JUDICIAL DISTRICT: _____

(ENDORSED)
**FILED**
SAN MATEO COUNTY
JAN 1 9 1996
Clerk of the Superior Court
By VIRGILIO S. CASTRO
DEPUTY CLERK

COURT (I.D.): 41

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **Lamerle Ronnie Johnson**
AKA: 1018184
☒ PRESENT    ☐ NOT PRESENT

SC31800-B — A
— B
— C
— D
— E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
AMENDED ABSTRACT ☐

DATE OF HEARING: 1-18-96   DEPT. NO.: 9   JUDGE: Thomas McGinn Smith   CLERK: M. Jacquet
REPORTER: Jeanne Bishop   COUNSEL FOR PEOPLE: Steve Hall   COUNSEL FOR DEFENDANT: Ed Pomeroy   PROBATION NO. OR PROBATION OFFICER:

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ___ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 212.5(B) | Robbery, 2nd degree | 93 | 11 | 14 | 95 | X | | | | | X |
| 3 | PC | 245(A)(2) | Assault w/deadly wep. | 93 | 11 | 14 | 95 | X | | | | 3 years conse | |
| 1 | PC | 209(A) | Kidnapping | 93 | 11 | 14 | 95 | X | | | see below | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022.5(A) | 5 | | | | | | | | | 5.0 |
| 3 | 12022.5 | 3 | | | | | | | | | 3.0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER:
(no entries)

4. Defendant was sentenced to State Prison for an indeterminate term:
- A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ___
- B. ☒ For LIFE WITH POSSIBILITY OF PAROLE on counts 1
- C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts ___
- D. ☐ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts ___
- E. ☐ For other term prescribed by law on counts ___

PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders: Ct 1 is the principal count. Ct 2 is stayed on the condition Defendant actually serve his time on cts 1 + 3. Time on Ct 3 is to be served separately + consecutively. [Def. sentenced to life plus 11 years (5 yrs on 12022.5(A), 3 years on Ct 3 + 3 years on 12022.5)].

7. ☒ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
- A. ☒ AT INITIAL SENTENCING HEARING
- B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
- C. ☐ AFTER REVOCATION OF PROBATION
- D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
- E. ☐ OTHER

9. DATE OF SENTENCE PRONOUNCED: 1-18-96
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 1386 INCLUDING: ACTUAL LOCAL TIME 924, LOCAL CONDUCT CREDITS 462
STATE INSTITUTIONS: ☐ DMH   ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
- ☒ FORTHWITH
- ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
- INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
  - ☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA
  - ☐ WASCO
  - ☐ OTHER (SPECIFY)
  - ☐ CCWF—CHOWCHILLA
  - ☒ SAN QUENTIN
  - ☐ CALIF. INSTITUTIONS FOR MEN—CHINO
  - ☐ R.J. DONAVAN
  - ☐ DEUEL VOC. INST.

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: Michelle Jacquet   DATE: 1-18-96

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT — PRISON COMMITMENT — INDETERMINATE**
CR 292
Pen. C. § 1213

DISTRIBUTION   PINK COPY—COURT FILE   YELLOW COPY—DEPARTMENT OF CORRECTIONS   WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURT