IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMERLE RONNIE JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>ROSANNE CAMPBELL, Warden,<br><br>Respondent. | ) ) ) ) ) ) ) ) ) ) ) | No. C 07-2921 JSW (PR)<br><br>**ORDER GRANTING MOTION TO WITHDRAW MOTION TO DISMISS; GRANTING EXTENSION OF TIME; SCHEDULING TRAVERSE**<br><br>(Docket Nos. 5, 7 & 9) |

    Petitioner, a prisoner of the State of California, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings ("BPH") denial of parole during parole suitability proceedings. Good cause appearing, respondent's motions (1) to withdraw an earlier-filed motion to dismiss the petition (Docket No. 7), and (2) for an extension of time in which to file an answer (Docket No. 9), are GRANTED.

    On March 5, 2008, respondent filed an answer, with a supporting memorandum and exhibits, denying the petition. If petitioner wishes to file a traverse, he must do so within thirty days of the date this order is filed.

    This order terminates Docket Nos. 5, 7 & 9.

    IT IS SO ORDERED.

DATED: March 13, 2008

                                                      JEFFREY S. WHITE<br>
                                                      United States District Judge<br>
                         UNITED STATES DISTRICT COURT

|   |   |
|---|---|
| 1 | FOR THE |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

```
 1                                    FOR THE
 2                        NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   LA MERLE RONNIE JOHNSON,                  Case Number: CV07-02921 JSW
 6           Plaintiff,                        CERTIFICATE OF SERVICE
 7       v.
 8   ROSANNE CAMPBELL et al,
 9           Defendant.
                                        /
10
11   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
12
     That on March 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
13   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
14   receptacle located in the Clerk's office.
15
16   La Merle Ronnie Johnson
     MCSP (C14-245L)
17   J-92682
     P.O. 409060
18   Ione, CA 95640-9060
19
     Dated: March 13, 2008                     Jennifer Ottolini
20                                             Richard W. Wieking, Clerk
                                               By: Jennifer Ottolini, Deputy Clerk
21
22
23
24
25
26
27
28
                                                2
```