IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMERLE RONNIE JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>ROSANNE CAMPBELL, Warden,<br><br>Respondent. | No. C 07-2921 JSW (PR)<br><br>**ORDER REQUESTING<br>SUPPLEMENTAL BRIEFING** |

A recent en banc decision from the Ninth Circuit addressed important issues relating to federal review of parole decisions in California. *See Hayward v. Marshall*, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010) (en banc). The Court requests that the parties submit supplemental briefs (not to exceed 12 pages in length) explaining their views on how the *Hayward* en banc decision applies to this parole denial habeas case. The Court sets the following schedule:

1. Within 10 days of this order, Respondent shall send to Petitioner a copy of the *Hayward* decision.

2. Within 30 days of this order, Respondent shall file with the court and serve on Petitioner a supplemental brief on the impact of *Hayward* on this action.

3. Within 15 days thereafter, Petitioner may file with the court and serve on Respondent a supplemental brief on the impact of *Hayward* on this action.

IT IS SO ORDERED.

DATED: May 18, 2010

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MERLE RONNIE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSANNE CAMPBELL et al,<br><br>　　　　Defendant.<br>_____ / | Case Number: CV07-02921 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

La Merle Ronnie Johnson
MCSP (C14-245L)
J-92682
P.O. 409060
Ione, CA 95640-9060

Dated: May 18, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk